JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11-1386 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| ROBERT CASTRO, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Robert Castro, in the principal amount of $6,934.78 plus interest accrued to January 25, 2011, in the sum of $12,298.54; with interest accruing thereafter at the daily rate of $1.46 until entry of judgment, administration costs in the amount of $5.65, for a total amount of **$19,238.97**.

DATED: 2/28/2011          By: TERRY NAFISI
                              Clerk of the Court

                              Deputy Clerk
                              United States District Court

Page 5